REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NICHOLAS GINGER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PRICEWATERHOUSECOOPERS ADVISORY SERVICES LLC and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 3:16-cv-05668-YGR<br><br>[~~PROPOSED~~] **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE (F.R.C.P. RULE 41)** |

Based upon the Plaintiff Nicholas Ginger and Defendant PricewaterhouseCoopers Advisory Services LLC's Stipulation To Dismiss This Entire Action With Prejudice (the "Stipulation"), **IT IS HEREBY ORDERED** that this action is dismissed with prejudice in its entirety pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear his/its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: August 1, 2017

_____
United States District Judge